No. 11–1364. GEISE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7020. AL-MADHWANI v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–7700. AL ALWI v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–7854. AKAPO v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–8885. ARMSTRONG v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–9101. LEWIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9153. MORGAN v. COLUMBIA COUNTY DEPARTMENT OF SOCIAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 11–9513. LEZDEY ET UX. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9680. KEARNS v. HOKE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–9681. LAPORTE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–9683. TIMM v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 11–9693. COLLICK v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–9697. KING v. HUMPHREY, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 11–9698. WHITLEY v. HAAS, ACTING WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9700. WAKELAND v. NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS ET AL. Ct. App. N. M. Certiorari denied.